UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH LAUFER,<br><br>        Plaintiff,<br><br>v.<br><br>AYRA HOTELS LLC,<br><br>        Defendant. | CIVIL ACTION NO.<br>1:19-cv-5696-TWT |

## ORDER

The parties having announced that the above case is settled, the Court directs the Clerk to administratively close the case. The parties shall execute the settlement documents and file the dismissals consistent with their Notice of Settlement [Doc. 9].

SO ORDERED, this ___3___ day of March, 2020.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE